UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN,<br><br>Plaintiff(s),<br><br>v.<br><br>STRONG MAN SERVICES, INC.,<br><br>Defendant(s). | Case No.: 2:17-cv-02684-RFB-NJK<br><br>**ORDER** |

Defendant's answer was due on March 6, 2018, Docket No. 6, but it hasn't appeared in this case. Plaintiff has not made any filings to advance this case since that time. Accordingly, Plaintiff shall file either a motion for default or a status report by July 3, 2018. If a motion for default is filed and granted, a motion for default judgment shall be filed within 30 days of the issuance of the default.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge