UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
PLUMBERS AND PIPEFITTERS UNION
LOCAL 525 HEALTH AND WELFARE
TRUST AND PLAN,

    Plaintiff(s),

v.

STRONG MAN SERVICES, INC.,

    Defendant(s).

Case No.: 2:17-cv-02684-RFB-NJK

**ORDER**

Defendant's answer was due on March 6, 2018, Docket No. 6, but Defendant has not appeared in this case. After the Court ordered a status report, Plaintiff represented that it "granted Strong Man an open ended extension to answer the complaint." Docket No. 8 at 2. It is not within the province of the parties to delay proceedings by months without Court approval. *See* Local Rule 7-1(b). No such approval was sought in this case. The Court expects Plaintiff moving forward to seek appropriate relief from the Court.

Plaintiff's recent filing indicates that the parties are attempting to resolve this dispute themselves. *See* Docket No. 8 at 2. The Court hereby **EXTENDS** the deadline for Defendant to respond to the complaint to August 20, 2018. If a further extension is necessary, the parties shall file a proper request at that time for the Court's review.[1]

---

[1] The Court expresses no opinion herein as to whether that request will be granted.

1

Plaintiff shall promptly serve a copy of this order on Defendant, and shall file a proof of service by July 12, 2018.

IT IS SO ORDERED.

Dated: July 9, 2018

_____
Nancy J. Koppe
United States Magistrate Judge